

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| BELINDA LAYSSARD STOKES,<br>     Appellant | CIVIL ACTION<br>     NO. CV08-1952-A |
| VERSUS | |
| MICHAEL J. ASTRUE,<br>     Appellee | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the final decision of the Commissioner is VACATED and that Stokes' case is REMANDED to the Commissioner for further proceedings.

THUS ORDERED AND SIGNED in Chambers at _ALEXANDRIA_, Louisiana, on this 28th day of December, 2009.

                                              _____
                                              DEE D. DRELL
                                              UNITED STATES DISTRICT JUDGE